168 F.3d 1305
 12 Fla. L. Weekly Fed. C 576
 Ernesto Alonso Mejia RODRIGUEZ, Petitioner-Appellant,
v.
Janet RENO, as Attorney General of the United States, and
the Immigration and Naturalization Service,
Respondents-Appellees.
 No. 98-4426.
 United States Court of Appeals,
Eleventh Circuit.
 March 5, 1999.
 
 Elliot H. Scherker, Miami, FL, Oscar Levin, Greenberg, Traurig, Hoffman, Lipoff & Quentel, P.A., Miami, FL, for Petitioner-Appellant.
 Jane Gomez, David V. Bernal, Office of Immigration Litigation/Civil Division, Washington, DC, for Respondents-Appellees.
 Appeal from the United States District Court for the Southern District of Florida (No. 97-CV-3108-JAL); Joan A. Lenard, Judge.
 Before CARNES and HULL, Circuit Judges, and HENDERSON, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 The Court sua sponte VACATES its opinion in the above-styled case, which is currently published at 164 F.3d 575 (11th Cir.1999). The case is resubmitted to the Court for decision. Petitioner/Appellant's Motion for Rehearing is DENIED as MOOT.